# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) ) ) The premises known and described as safe ) deposit box number 1139 located inside ) the Bank of the West located at 150 W ) Villard Street, Dickinson, North Dakota, ) | **ORDER** Case No. 1:11-mj-041 |

_____

On motion of the government and for the reasons stated in support of its motion,

**IT IS ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Francis W. Gasper, Special Agent, Federal Bureau of Investigations, Search Warrant Return and Motion to Seal, as well as this Order, in the above-captioned matter are sealed until further order of the Court.

Dated this 10th day of May, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge